NOVEMBER 12, 1963.

No. ——. ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., ET AL. *v.* NATION COMPANY. The motion of Association for the Preservation of Freedom of Choice, Inc., for leave to proceed *in forma pauperis* is denied. MR. JUSTICE BLACK, MR. JUSTICE STEWART and MR. JUSTICE GOLDBERG are of the opinion that the motion should be granted. *Alfred Avins* on the motion.

No. 1467, Misc., October Term, 1962. MILLER *v.* GUTHRIE. (Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied, 374 U. S. 855, rehearing denied, *ante,* p. 874.) The motion to recall the order denying the petition for certiorari and for other relief is denied.

No. 30. FIELDS ET AL. *v.* CITY OF FAIRFIELD. Appeal from the Supreme Court of Alabama. (Probable jurisdiction noted, 372 U. S. 940.) The motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief, as *amicus curiae,* is granted. *Jack Greenberg, James M. Nabrit III* and *Shirley Fingerhood* on the motion.

No. 568, Misc. STINSON *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 280, Misc. HUGHES *v.* HOLMAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Peter M. Lind,* Assistant Attorney General, for respondent.